NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

**v.**

**ALMONDNET, INC.,**
*Appellee*

---

2024-1589

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01259.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2       SAMSUNG ELECTRONICS CO., LTD. V. ALMONDNET, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

July 7, 2025
     Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 7, 2025